UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>AUSTIN MORRISHOW, et al.<br><br>                    Defendants. | No. 23-CR-383 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the Government's letter motion, (see dkt. no. 19).  The Court hereby vacates the control date that was previously scheduled for March 14, 2024.  (See dkt. no. 16.)  The parties shall appear for a status conference at 1:00 p.m. on March 20, 2024.  In order to permit Defendant Morrishow to confer with new counsel, time is excluded from today until March 20, 2024, from calculation under the Speedy Trial Act in the interest of justice.

　　It is further ordered that Florian Miedel shall be appointed as CJA counsel to represent Defendant Morrishow in the above-captioned case.

　　The Clerk of the Court is respectfully directed to close docket entry number 19.

**SO ORDERED.**

Dated:     March 13, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge