UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>AUSTIN MORRISHOW, et al.<br><br>                Defendants. | No. 23-CR-383 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's letters regarding previously appointed CJA counsel for Defendant Austin Morrishow. (See dkt. nos. 19, 21).  The Court hereby orders that the CJA attorney on duty today, Patrick Joyce, shall be appointed as counsel to represent Defendant Morrishow in the above-captioned case.

    The Clerk of the Court is respectfully directed to close docket entry number 21.

**SO ORDERED.**

Dated:    March 18, 2024
             New York, New York

                                                  _____
                                                  LORETTA A. PRESKA
                                                  Senior United States District Judge