# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079

March 19, 2024

Honorable Loretta Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: **United States v. Austin Morrishow
23 Cr 383 (PAC)**

Dear Judge Preska:

I am the attorney for the defendant in the above captioned case. I was assigned to represent Mr. Morrishow on Monday, March 18, 2024.

Presently this case is scheduled for an initial conference on March 20, 2024. Due to previously scheduled commitments, I am not available to attend this conference. My colleague, David Touger, who is also a member of the CJA panel is willing to appear on my behalf. I expect that I will be seeking a future conference date, as I have yet to receive any of the discovery in this case. I have spoken with AUSA Fang and he understands I will be seeking a continuance so that I will be able to review the discovery.

By way of this letter I am requesting that the court permit Mr. Touger to appear on my behalf on March 20, 2024.

Respectfully submitted,

Patrick J. Joyce

SO ORDERED
Loretta A. Preska
UNITED STATES DISTRICT JUDGE

3/19/24