

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 5, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Austin Morrishow*, 23 Cr. 383 (LAP)

Dear Judge Preska:

  The Government respectfully writes, with the consent of defense counsel, to request a thirty-day adjournment of the sentencing currently scheduled for June 25, 2025, based on scheduling conflicts arising from a homicide case that defense counsel has pending in the Bronx.

  In addition, the parties have conferred regarding a proposed briefing schedule for the submission of pre-sentencing memoranda, including with respect to the applicability of the attempted-murder cross-reference, and jointly and respectfully propose the following schedule:
- Government opening submission regarding attempted murder cross-reference by June 25, 2025
- Defense opposition regarding attempted murder cross-reference and defense sentencing submission by July 2, 2025
- Government reply regarding attempted murder cross-reference and Government sentencing submission by July 16, 2025

```
The sentencing currently scheduled for
June 25, 2025 is adjourned to July 29,
2025 at 10:00 a.m.  The parties' request
for the Court to adopt its proposed
briefing schedule, as outlined above, is
GRANTED.
SO ORDERED.

Dated: May 6, 2025

            _____
            LORETTA A, PRESKA, U.S.D.J.
```

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Patrick Joyce, Esq. (by ECF)