**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 15, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Austin Morrishow*, 23 Cr. 383 (LAP)

Dear Judge Preska:

The Government respectfully writes to request an extension of the Government's deadline to file its sentencing submission for defendant Austin Morrishow, which is currently scheduled for July 16, 2025. To enable the Government sufficient time to review and respond to the defendant's sentencing submission, which was filed on July 15, 2025, the Government respectfully requests permission to file its sentencing submission on or before July 22, 2025. Counsel for the defendant consents to this request, which does not affect the sentencing hearing currently scheduled for July 29, 2025.

```
The Government's request for an
extension until July 22, 2025 to file
its sentencing submission is GRANTED.
The Clerk of the Court shall close
docket number 61.

SO ORDERED.

Dated: July 16, 2025
                    _____
                    LORETTA A. PRESKA, U.S.D.J.
```

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Patrick Joyce, Esq. (by ECF)